JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>               Petitioner,<br><br>               v.<br><br>STATE OF CALIFORNIA,<br><br>               Respondent. | Case No. CV 19-5737-JVS (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: September 11, 2019

HONORABLE JAMES V. SELNA
United States District Judge